# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

AUG 26 2022 PM 2:01
FILED-USDC-CT-HARTFORD

## COMPLAINT FORM

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Nirjala Rajkarnikar

v.

Case No. 3:22CV1082 AWT
(To be supplied by the Court)

Ernst & Young and Partners.
chair + co-chair
Carmine Di Sibio
His Royal Highness Prince Charles

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. Nirjala Rajkarnikar is a citizen of Connecticut, US who
   (Plaintiff)                                (State)
presently resides at 32 Robin Road # Unit 1, West Hartford CT 06119
                     (mailing address)

2. Defendant Carmine Di Sibio is a citizen of London, UK and/or USA
            (name of first defendant)           (State)
whose address is  20 Church St. Hartford CT 06103.
US Business address

3. Defendant _Royal Highness Prince Charles_ is a citizen of _United Kingdom_
   (name of second defendant)                              (State)

whose address is _US Business address 20 Church St. Hartford CT. 06103_

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

_28 U.S. Code § 1332_
_and others._

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Ernst and young and Partners engaged in tortious interference with my employment relationships including wrongdoings, discrimination, fraud, misrepresentation, appropriation, conversion of property, conversion of culture among other violations. Defendants and partners engaged in illegal and or independently tortious violations of an established standards of trade, fraud, deceit unethical conducts, dealings, overreaching actions that fall far outside the accepted practice of Rough & Tumble world of free market competition

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** The festivals with icons in Nepal for Newah (Newar) people are more than just another mark on calendar, and more than just another festival that comes every year, it is idol of Newar people.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

more in additional pages attached.

**Claim II:** During the Financial Collapse of 2008, Ernst & Young & other partners were negligent and the outcome of it's negative consequences are I am living in my daily life.

Supporting Facts: Gentrification. Being verse of pushed out of my own town due to monopoly and mismanagement of urban development

3

### E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

### F. JURY DEMAND

Do you wish to have a jury trial?  Yes        No

_____
Original signature of attorney (if any)

_____
Printed Name

PRO SE

( )
Attorney's full address and telephone

Email address if available

_____*[signature]*_____
**Plaintiff's Original Signature**

Printed Name

Nirjala Rajkarnikar
32 Robin Road #1
West Hartford CT 06119.
(860) 560-3115
Plaintiff's full address and telephone

Email address if available
Nirgla@Outlook.com

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___Hartford, CT___ on ___8/26/2022___.
             (location)                      (date)

_____*[signature]*_____
**Plaintiff's Original Signature**

(Rev.3/29/16)

5