UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NIRJALA RAJKARNIKAR,**     Plaintiff,<br><br>v.<br><br>**ERNST & YOUNG,** *Partners,*<br>**CHARLES,** *Prince, His Royal Highness,*<br>**CARMINE Di SIBIO,**<br><br>    Defendants. | CASE NO. 3:22-cv-1082 (AWT) |

## JUDGMENT

This action came on for consideration of defendant Ernst & Young's motion to dismiss the plaintiff's complaint before the Honorable Alvin W. Thompson, United States District Judge.

The Court having considered the motion and the full record of the case including applicable principles of law, issued a ruling granting the defendant's motion to dismiss and directing the Clerk to close this case. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered dismissing this case, as defendants Prince Charles and Carmine Di Sibio having not been served, the case is closed.

Dated at Hartford, Connecticut, this 10th day of August, 2023.

DINAH MILTON KINNEY, Clerk

By /s/ Linda S. Ferguson
`                    Linda S. Ferguson
Deputy Clerk

EOD: 8/10/2023